FILED
DISTRICT COURT
DISTRICT OF NEBRASKA
15 JUN 22 PM 1:51
OFFICE OF THE CLERK

FORM A—To be used by a prisoner filing a complaint under the Civil Rights Act, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

Carmen C. Cocklin

(Enter above the full name of the plaintiff or plaintiffs in this action.)

8:15cv228

v.

COMPLAINT

~~Department of~~ CC 5/20/2015

Douglas County Dept. of Corrections

(Enter above the full name of the defendant or defendants in this action, if known.)

(Note: If there is more than one plaintiff, a separate sheet should be attached giving the information in Parts I, II, and III for each plaintiff, by name. Remember, all plaintiffs must sign the complaint.)

I. A. Place of Present Confinement Douglas County Corrections
B. Parties to this civil action:

Please give your commitment name and any other name(s) you have used while incarcerated.

(1) Plaintiff Carmen C Cocklin Registr. No. 1108036

Address 2717 Camden Ave
Omaha, NE 68111

Additional plaintiff's Registr. No. and address:

(2) Defendant Douglas County Department of Corrections

is employed as Dept. of Corrections at 710 S. 17th St Omaha 68102

Additional defendant's employment:

II. Previous Civil Actions

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ___ No ✓

(1) Title: ______________________
(Plaintiff) (v.) (Defendant)

(2) Date filed ______________________

(3) Court where filed ______________________
(specify if the court was state or federal and the level of the court)

(4) Court number and citation ______________________

(5) Name of judge to whom the case was assigned ______________________

(6) Basic claim made ______________________

(7) Date of disposition ______________________

(8) Disposition ______________________
(pending) (on appeal) (resolved)

(9) If decided by the court, state whether for plaintiff or defendant ______________________

(10) Approximate date of filing ______________________

(11) Approximate date of judgment ______________________

For additional cases, provide the above information in the same format on a separate page.

B. Have you begun other cases in state or federal courts relating to the conditions of your treatment while in confinement? Yes ___ No ✓

III. Grievance Procedure

A. Does your institution have an administrative or grievance procedure? Yes ✓ No ___

B. Did you present the facts relating to your complaint through the administrative or grievance procedure?
Yes ✓ No ___

C. What was the result? The system and grievance procedure is not valued within this institution. They take your grievance twist it aroun d and keep sending you in circles mean while hoping you are released before anything is done

D. If you did not file a grievance, state the reasons ______________________

E. Please attach any responses as exhibits to this complaint.

F. If there is not prisoner grievance procedure at your institution, did you complain to prison authorities?
Yes ✓ No ___

*I asked several times for the chain of command or the next up the institutional ladder, no responses.*

Medical

Control # (N.°de Control) 140028

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM (Step One)
(Formulario de Denincia del Interno [Primer Paso])

**Inmate Name:** [illegible] (Nombre del Interno) **Data #:** 1108036 (N.°de Intertificacion) **Housing Unit:** 12/4 (Unidad de Alojamiento)

**Date:** 5/27/2015 (Fecha) **Date of Incident:** 5/10/2015 (Fecha del Indicente)

**Type of Grievance: (Please check one box)**
(Tipo de Denuncia [Marque una casilla])

- [ ] **Medical** Medica)
- [x] **Officer/Staff Complaint** (Queja del official/personal)
- [ ] **Other** (Otro)
- [ ] **Commissary/Account** (Comisariato/Cuenta)
- [ ] **Kitchen/Food Service** (Cocina/Servicio de comidas)

**Summary of Grievance** (Resumen de la Denuncia) I was told by a Sgt I dk know his name, I believe he is a C Shift Salgeant. He sanctioned me to 30 days lockdown for contraband in my hair, he also said once I take it down I would not do that time. I began cutting my hair and finishing it 5/10/15 at 3:55pm I finished at 6:10 pm. The staff on duty at the time was informed to get the sargeant so he could see and they never did or he never showed up either way I've been doing whats asked of me how do you lessen my lockdown when this obviously was a lie?

[signature]
Inmate's Signature (Firma del interno) Witnessing Officer's Signature (Firma del official que sirve de testigo

**Decision of Case Management** (Decision de la Direccion de Causas):

You have 5 days in [illegible] grievance. [illegible] for this [illegible] on 5/14 & it occurred on 5/10.

Signed (Firmado) [signature] Date (Fecha) 6/2

[signature] 6/3/15 [signature]

Inmate's Signature (Firma del interno) Date Rec'd (Fecha registrada) Witnessing Officer's Signature (Firma del oficial que sirve de testigo)

Distribution: White Copy: Case Management Canary Copy: Inmate File/Records Pink Copy: Inmate Copy

Rev. 7/2010 DCC 192

*grievance's are dead ends she waits to long to even give them to you.

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM
## FORMULARIO De SOLICITUD PARA RECLUSOS

**To/Para:** CASE MANAGEMENT **Date/Fecha:** 5/21/15
(Print Name or Department/Escribir nombre o departamento con letra de imprenta)

**From/De:** Carmen Cocklin **Data/Datos:** 1108036 **H/U:** 12/21
(Print Name/Escribir nombre con letra de imprenta)

**BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES**
**(Deben Entregarse Ambas Copias Para Obtener Respuestas)**

**Request/Solicitud:**

I am a requesting another grievance and I suppose I will request one until I leave playing catch up

I imagine by the time you act on any of my requests my sanction would have been served?

[signature] 5/21/15
(Inmate Signature/Firma del recluso) (Date/Fecha)

**Reply/Respuesta:**

Ok. Grievance attached

6/2/15 [signature]
(Date/Fecha) (Employee Printed Name/Nombre impreso del Empleado)(Employee Signature/Firma del empleado/Chit #/Recibo nro)

WHITE COPY: Inmate File
YELLOW COPY: Inmate

(Revised 7-2013) DCC 7

Medical

Control # (N.°de Control) 140027

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM (Step One)
(Formulario de Denincia del Interno [Primer Paso])

**Inmate Name:** [illegible] (Nombre del Interno) **Data #:** 1108036 (N.°de Intertificacion) **Housing Unit:** 12/24 (Unidad de Alojamiento)

**Date:** 5/27/2015 (Fecha) **Date of Incident:** 5/18/2015 (Fecha del Indicente)

**Type of Grievance: (Please check one box)**
(Tipo de Denuncia [Marque una casilla])

☐ **Medical** Medica)
☐ **Commissary/Account** (Comisariato/Cuenta)
☑ **Officer/Staff Complaint** (Queja del official/personal) IDK
☐ **Kitchen/Food Service** (Cocina/Servicio de comidas)
☐ **Other** (Otro)

**Summary of Grievance** (Resumen de la Denuncia) "I already wrote a grievance for being locked down I will not do it again." [illegible] Correction officer Marks (Marx) IDK called me a pain in the ass. For what I didn't know, I didn't think. She's very disrespectful to me and also allowed her [illegible] with me as well. Since I really didn't appreciate her disrespect, I asked her (at 6:30) her name. She responded "What? I was wondering when you were going to start bugging me." Everyone witnessed this incident. I don't know that lady. She don't know me so how does my existence bother her? Anyways I am finding this to be a pattern when I haven't did anything to anyone of ya'll but stand up for myself.

[signature] Inmate's Signature (Firma del interno)

Witnessing Officer's Signature (Firma del official que sirve de testigo

**Decision of Case Management** (Decision de la Direccion de Causas):

Carmen - I do not know a Officer Parks, Marx. Until I have a more current time I can not file a grievance within that even sounds like Marks.

*Parks is her name

Signed (Firmado) [signature] Date (Fecha) 6/2/15

[signature] Inmate's Signature (Firma del interno)

Date Rec'd (Fecha registrada)

[signature] Witnessing Officer's Signature (Firma del oficial que sirve de testigo)

Distribution: White Copy: Case Management Canary Copy: Inmate File/Records Pink Copy: Inmate Copy

Rev. 7/2010

She told me Marks However they still sound the same!

DCC 192

Control # (N.°de Control) [illegible]

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM (Step One)
(Formulario de Denincia del Interno [Primer Paso])

Inmate Name: [illegible] Data #: [illegible] Housing Unit: 12/21
(Nombre del Interno) (N.°de Intertificacion) (Unidad de Alojamiento)

Date: 5.15.2015 Date of Incident: May 7-13, 2015
(Fecha) (Fecha del Indicente)

Type of Grievance: (Please check one box) X I need more pieces
(Tipo de Denuncia [Marque una casilla])

- [ ] Medical Medica)
- [ ] Commissary/Account (Comisariato/Cuenta)
- [x] Officer/Staff Complaint (Queja del official/personal
- [ ] Kitchen/Food Service (Cocina/Servicio de comidas)
- [ ] Other (Otro)

Summary of Grievance (Resumen de la Denuncia) I received several writeups from officer #5983. None of them made any sense are were valid for me to be stuck in lockdown. For starters one was Hurling, well I came in w/a slight concussion and seemed to be in a state of dementia so yes I asked a lot of questions, I have a right to take a shower, I have the right to clean my room and I should have the right to call my Attorney. Also there was another report made for theft and the whole report is not correct, how is it theft when I was given permission to use someones shampoo and just

[signature]
Inmate's Signature (Firma del interno) Witnessing Officer's Signature (Firma del official que sirve de testigo

B/C they think psycho on me and lie, what makes one, mine less more credible than the next? It also said the incident occurred 5/8/15 and the calculation time is incorrect also.

Decision of Case Management (Decision de la Direccion de Causas): [illegible]

[illegible]

[illegible]

[illegible]

[illegible] grievance

[signature] 5/27/15
Signed (Firmado) Date (Fecha)

[signature] 5/27/15 [signature] 5-21-15
Inmate's Signature (Firma del interno) Date Rec'd (Fecha registrada) Witnessing Officer's Signature (Firma del oficial que sirve de testigo)

Distribution: White Copy: Case Management Canary Copy: Inmate File/Records Pink Copy: Inmate Copy
Rev. 7/2010 DCC 192

* PS I still have 4 more grievances to file however you only gave me one grievance.

* Okay How can I grieve more when I am not given grievance forms?

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
# INMATE REQUEST FORM
# FORMULARIO De SOLICITUD PARA RECLUSOS

**To/Para:** CASE MANAGEMENT **Date/Fecha:** 5·19·2015
(Print Name or Department/Escribir nombre o departamento con letra de imprenta)

**From/De:** Carmen Cocklin **Data/Datos:** 1108036 **H/U:** 12/21
(Print Name/Escribir nombre con letra de imprenta)

**BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES**
**(Deben Entregarse Ambas Copias Para Obtener Respuestas)**

**Request/Solicitud:** Can, I please have a grieavance form please and thanks.

Carmen Cocklin (Inmate Signature/Firma del recluso) 5/19/15 (Date/Fecha)

**Reply/Respuesta:** Attached

There are 2 case managers and this isn't one

*C/o Patricia Johnson told me Fricke don't work here.

5/22/15 (Date/Fecha) D. Fricke (Employee Printed Name/Nombre impreso del Empleado/Employee Signature/Firma del empleado/Chit #/Recibo nro)

No longer works here

(Signature stamp) this is forged it does not look like a (Signature stamp) to me?

WHITE COPY: Inmate File (Revised 7-2013) DCC 7
YELLOW COPY: Inmate

Inmate witness: Paige Benscoter

HS 5/21/2015

Store 290 for 5 envelopes 5.80 .86

8676 envelopes (5) 2.90

0614 tylenol (5) .86 > 376

0671 cough drops (1) 1.09 — 485

0754 emery board (1) .50 — 535

1060 paper (1) .93 — 628

1068 pen (1) .34 — = 6.62

I'M DOING WHAT OUR FATHER

Taught Me 2 DO

Preparation is Key

"He gave Human Beings Free Will AND (2) Some DEGREE Jurisdiction over this realm so Although He Fights for me, He also Fights for everyone else and therefore the equation Has to Always Balance out.

GOD GAVE ME THE TOOLS TO USE WHAT I HAVE 2 TRY TO GET ~~WANT~~ WHAT I WANT & NEED HOWEVER @ THE SAME TIME OTHERS HAVE JURISDICTION OVER WHETHER OR NOT THEY CHOOSE TO HONOR MY REQUEST!

c Super

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM
## FORMULARIO De SOLICITUD PARA RECLUSOS

**To/Para:** Sargeant / Case Management **Date/Fecha:** 5-23-15
(Print Name or Department/Escribir nombre o departamento con letra de imprenta)

**From/De:** Carmen Cocklin **Data/Datos:** 1108036 **H/U:** 12/21
(Print Name/Escribir nombre con letra de imprenta)

**BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES**
(Deben Entregarse Ambas Copias Para Obtener Respuestas)

**Request/Solicitud:** When I'm I scheduled to be off lock down, I would like to call my family I havent made one phone call since my entire incarceration which has been a 18 days by the time I make it to court 6-1-15 It will be 1 month. I do not know whats going on with my case @ all. I've only seen my public defender 1 time and I have left her a message, she has a 1 time 1 message policy and she has yet to respond, and thats on a weekly basis. I know she's typically in her office up until 5:30 pm however the staff do not allow us to call; depending on the staff we barely are able to put in a canteen/store order. Please and thank you for responding in a timely fashion. fyi I know you as you'll have a "the more that you send policy..." :

Carmen Cocklin 5/23/15
(Inmate Signature/Firma del recluso) (Date/Fecha)

**Reply/Respuesta:**

You are allowed to make legal calls only on your rec time. You can ask the officers in the unit to allow you an earlier rec time. As long as you are only making legal calls I don't see why this would be an issue.

5-28-15 — S. Leddick [signature]
(Date/Fecha) (Employee Printed Name/Nombre impreso del Empleado)(Employee Signature/Firma del empleado/Chit #/Recibo nro)

WHITE COPY: Inmate File (Revised 7-2013) DCC 7
YELLOW COPY: Inmate

*The staff will not allowed it.

* I need a few Chits

* ~~Kite MH for~~ Hydroxyzine just in case

* ~~Kite the Law Library again for another copy of 1983 Civil Application~~

* ~~Regular Library~~

* Look up another Attorney ~~Look @ Horos~~

And (✓) 2 C what that name is ACLU or whatever

Control # (N.°de Control) 140052

2015 JUN 22 12:01

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM (Step One)
(Formulário de Deninca del Interno [Primer Paso])

Inmate Name: (Nombre del Interno) Carmen Cocklen
Data #: (N.°de Intertificacion) 1108036
Housing Unit: (Unidad de Alojamiento) 12/24

Date: (Fecha) 6-4-15
Date of Incident: (Fecha del Indicente) 6-3-15

Type of Grievance: (Please check one box)
(Tipo de Denuncia [Marque una casilla])

- [x] Medical Medica)
- [ ] Commissary/Account (Comisariato/Cuenta)
- [ ] Officer/Staff Complaint (Queja del official/personal
- [ ] Kitchen/Food Service (Cocina/Servicio de comidas)
- [ ] Other (Otro)

Summary of Grievance (Resumen de la Denuncia) I am grieving Medical because the Nurse Practioner stated to me yesterday 6/3/15 that I would have medication in the cart later that night for my head & stomach it was not there and not this am either. I waited to medical versa... for ... to be seen and taken care of. I have been waiting for medical attention since my arrival 5/5/15 so for over 30 days I have been living with these conditions and pain. I also do not believe I was checked thoroughly for my stomach and definitely my head.

Inmate's Signature (Firma del interno) [signature]
Witnessing Officer's Signature (Firma del official que sirve de testigo

Decision of Case Management (Decision de la Direccion de Causas): Ms. Cocklen, I have reviewed your medical records and you were prescribed these medications on 6-3-15 and you started taking them on 6-4-15.

Signed (Firmado) [signature]
Date (Fecha) 6-9-15

Inmate's Signature (Firma del interno) [signature]
Date Rec'd (Fecha registrada)
Witnessing Officer's Signature (Firma del oficial que sirve de testigo)

Distribution: White Copy: Case Management Canary Copy: Inmate File/Records Pink Copy: Inmate Copy
Rev. 7/2010 DCC 192

2015 MAY 15 22:27

**DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS**
**INMATE REQUEST FORM**
**FORMULARIO De SOLICITUD PARA RECLUSOS**

**To/Para:** Medical **Date/Fecha:** 5/16/15
(Print Name or Department/Escribir nombre o departamento con letra de imprenta)

**From/De:** Carmen Cockum **Data/Datos:** 1108036 **H/U:** 12/21
(Print Name/Escribir nombre con letra de imprenta)

**BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES**
(Deben Entregarse Ambas Copias Para Obtener Respuestas)

**Request/Solicitud:** My hands are still very tingly as well as all my digits, toes & fingers they are swollen! My wrist hurts and my head constantly hurts and [illegible]. My [illegible] [illegible] [illegible] and I am [illegible] to [illegible] things I am still very forgetful but I am not dumb. I am on lock down for [illegible] seems like and I don't know if I can order aspirin, tylenol or [illegible] [illegible] side I [illegible] I don't know if I can get some throat medicine and I think I'm losing my hearing. Please and thanks for your help.

[signature] 5/16/15 10:30am
(Inmate Signature/Firma del recluso) (Date/Fecha)

**Reply/Respuesta:**

Seen

* Did I have a slight stroke 5/5/15?
* Was I sleep walking?
* They keep saying seen however they haven't addressed any of the issues.

5/17/15 [signature]
(Date/Fecha) (Employee Printed Name/Nombre impreso del Empleado)(Employee Signature/Firma del empleado/Chit #/Recibo nro)

WHITE COPY: Inmate File (Revised 7-2013) DCC 7
YELLOW COPY: Inmate

My head still hurts internally as of 5/19/15 present 2:35pm

To Whom it May Concern:

I am trying to hold on which I think I'm doing a great job, but the pressure on the temple of my head is excruciating it hurts really bad and theres no help just pretend to pretend like they did something by giving 2 tylenol or whatever.

P.S. I cannot get any kites to ask for grievance b/c they don't want me leaving a paper trail. I was told I was on kite restriction?

* Could I Be having a Aneursym?

Trust me I don't need No psychotropic drug until I find out what is going on internally in my head.

2015 MAY 31 10:20

**DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS**
**INMATE REQUEST FORM**
**FORMULARIO De SOLICITUD PARA RECLUSOS**

**To/Para:** ~~Library~~ Medical **Date/Fecha:** 5/29/15 NOW 5/30/15
(Print Name or Department/Escribir nombre o departamento con letra de imprenta)

**From/De:** Carmon Cackley **Data/Datos:** 1108036 **H/U:** 12/01
(Print Name/Escribir nombre con letra de imprenta)

**BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES**
(Deben Entregarse Ambas Copias Para Obtener Respuestas)

**Request/Solicitud:** I have put in several kites as far as my (illness) headaches (migraines) abdominal pain, just pain all over, but more importantly the head pain which is persistent and ongoing since my arrival. I've told you numerous of times I believe I had a concussion or mild stroke numerous of times upon arrival. Nothing is being done or has been done about it since my arrival 5.5.15. I've took off brand tylenol a couple of times, ibuprofen (nothing but knock me unconscious, later to wake with the same persistent head pain. I came in 5/26/15 only to find that it was a basic wellness(V) that everyone gets. The Doctor stated I have a appointment scheduled later that week as well as the nurse previously. Here it is the end of the week and the month and still NOTHING

Carmon Cackley 5/29/15 NOW 5/30/15 11:00am
(Inmate Signature/Firma del recluso) (Date/Fecha)

**Reply/Respuesta:**

✓

I've been more than patient almost (1) month now. My next step is to Grieve for this matter is unjust & inhumane.

(Date/Fecha) (Employee Printed Name/Nombre impreso del Empleado)(Employee Signature/Firma del empleado/Chit #/Recibo nro)

WHITE COPY: Inmate File
YELLOW COPY: Inmate
(Revised 7-2013)
DCC 7

2015 MAY 22 10:01

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM
## FORMULARIO De SOLICITUD PARA RECLUSOS

To/Para: Medical  Date/Fecha: 5.22.15
(Print Name or Department/Escribir nombre o departamento con letra de imprenta)

From/De: Carmen Conklin  Data/Datos: 1108036  H/U: 12/21
(Print Name/Escribir nombre con letra de imprenta)

**BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES**
(Deben Entregarse Ambas Copias Para Obtener Respuestas)

Request/Solicitud: My head still hurts as of today 5/22/15. The tylenol & [illegible] only puts me to sleep but when I wake back up it's still there. My stomach cramps really bad, I bled from 5.16.15 to 5.18.15 so my period came and went. I need to be check internally by a real doctor please and thanks! P.S. also I am still having trouble remember 5.5.15 the day occurred and [illegible] place. Can you possibly see about my head being checked to make sure I did not sustained severe injuries. Please & Thanks.

Carmen Conklin (Inmate Signature/Firma del recluso)  5.22.15 @ 7:00am (Date/Fecha)

Reply/Respuesta:

Seen

Sch. w/ APRN

5/24/15 (Date/Fecha)  [signature] (Employee Printed Name/Nombre impreso del Empleado)(Employee Signature/Firma del empleado/Chit #/Recibo nro)

WHITE COPY: Inmate File  (Revised 7-2013)  DCC 7
YELLOW COPY: Inmate

Finally have a appointment w/a nurse as of 5/24/15 /Dont know when but I got a appointment

*After several chits that were returned to me I finally received this copy initially 5/22/15

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM
## FORMULARIO De SOLICITUD PARA RECLUSOS

**To/Para:** Property **Date/Fecha:** 5/27/15

(Print Name or Department/Escribir nombre o departamento con letra de imprenta)

**From/De:** Carmen Cocklin **Data/Datos:** 1108036 **H/U:** 12/21

(Print Name/Escribir nombre con letra de imprenta)

**BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES**

(Deben Entregarse Ambas Copias Para Obtener Respuestas)

**Request/Solicitud:** Thanks for your response to my chit I previously requested for my property. Has those items been here or were they dropped off 5/22/15? Also, I see all that is listed, is there any possibilities there's a First National Bank (VISA) card in there as well? I see the (3) mastercards and I know what they are, but what about that VISA? I also see the checkbook began in 1002 is there any way 1001 may be in my loose paperwork? Also, was there any Brazilian Human Hair (LIVE) and 1 pack of synthetic (Terry) When you say makeup was that a make up bag complete kit? I mean big, big enough to be its own purse and also I'm inquiring about my Book bag it would be cream ish/tan and in the top pocket it would have several pieces of my custom jewelry/jewelry? And how about a medicated bottle of mouthwash?

Carmen Cockle 5/27/15

(Inmate Signature/Firma del recluso) (Date/Fecha)

**Reply/Respuesta:** This is a list of your property

5-27-15 4118

(Date/Fecha) (Employee Printed Name/Nombre impreso del Empleado)(Employee Signature/Firma del empleado/Chit #/Recibo nro)

WHITE COPY: Inmate File (Revised 7-2013) DCC 7

YELLOW COPY: Inmate

Margin notes: maybe my property was misplaced. What about a Planet Fitness Gym membership card. At this moment thats all I can remember. I'm still missing. Please respond. Thanks Please Pg. 4 as [illegible] [illegible]

#879293

DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS

# Corrections Personal Property Receipt

Inmate Name: COCKLIN, CARMEN

Data Number: 1108036

Technician: sel
Time: 5/27/15 8:33 PM

| Quantity | Property Item | Property Description | Kept | Property Bag |
|---|---|---|---|---|
| 1 | BAG | grey 1024 2205208 | | 1024 |
| 1 | BRACELET | cord multi | | 1024 |
| 1 | chechbook | 1002-1030 | | 1024 |
| 1 | cross | st | | 1024 |
| 1 | EARRING | st | | 1024 |
| 1 | EARRING | gt | | 1024 |
| 1 | ID | ne id ne id paper exp ss ndoc id ne dl 3 visa mc | | 1024 |
| 1 | money | .98 | | 1024 |
| 2 | MEDS | bottle empty inhaler nasal spray | | 1024 |
| 1 | MSC/PAPR | various hygeine makeup ear buds shirt cigs cup | | 1024 |
| 1 | PURSE | blk | | 1024 |
| 1 | SUNGLASS | brn | | 1024 |
| 2 | token | gt | | 1024 |
| 1 | WATCH | gt | | 1024 |

I UNDERSTAND AND AGREE THAT:
1. The above list is an accurate inventory of my personal property; and
2. It is my responsibility to protect and safeguard any property I am allowed to keep against loss or damage; and
3. It is my responsibility to pick up any personal property left at DCDC upon my release; and
4. Any personal property not picked up within 30 days of my release from DCDC will be destroyed; and
5. I was allowed the opportunity to make a phone call upon admission.

Date Inmate Name Witnessing Officer

I state that I have received all of the above inventoried personal items upon my release from the Douglas County Department of Corrections.

Date Inmate Name Witnessing Officer

Date Was not allowed to Transferring Officer Transferring Agency

Did not use #5 execute or (✓) #1

* Just Received Never signed or Saw b4 5/22/15

Still MISSING

1st ✓ in series 1001

Hair (Live) / Hair (Terry)

Make up Bag ((complete) kit

Book Bag w/ everything in it / Jewelry Bag

My Cream color / Tan Book Bag

Mouthwash

phone & chargers

#873269

DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS

# Corrections Clothing Property Receipt

Inmate Name: [illegible]CKLIN, CARMEN
Data Number: [illegible]18036

Technician: KLSandus[illegible]i
Time: 5/5/15 8:[illegible]2 PM

| Quantity | Property Item | Property Description | Kept | Property Bag |
|---|---|---|---|---|
| 1 | BRA | BLACK | | 0512 |
| 1 | BRA | WHITE | | 0512 |
| 1 | COAT | BLACK | | 0512 |
| 1 | DRESS | BLACK | | 0512 |
| 2 | SANDALS | BROWN/SILVER | | 0512 |
| 1 | SHIRT | BLUE | | 0512 |

I UNDERSTAND AND AGREE THAT:
1. I was allowed th[illegible] opportunity to shower upon admission.
2. I have been giv[illegible] an orientation to the facility and watched the ori[illegible]ation video.
3. The above list i[illegible] an accurate inventory of my clothing; and
4. Any personal pr[illegible]erty not picked up within 30 days of my release f[illegible]m DCDC will be destroyed.

I ALSO UNDERSTAND AND AGREE THAT:
1. The below listed i[illegible]ms are the property of DCDC; and
2. I am responsible for the safe keeping and return of all DCDC prope[illegible]y before my release; and
3. I am financially [illegible]ponsible for any and all willful or negligent dam[illegible]e to property, whether belonging to Douglas County, DCDC staff or other inmate(s)/person(s).

I ALSO UNDERSTAND AND AGREE THAT I HAVE RECEIVED THE FOLLOWING ITEMS:
1 laundry bag, 1 [illegible], 2 property storage bags, 2 jumpsuits, 2 blanket, 1 pair footwear, 2 towels, 1 cup, 2 sheets, 3 underwear, [illegible] pair socks, 3 T-shirts, [illegible] bras(female only), 1 hygiene kit, 1 Inmate Rules and Regulations Handbook.

Date Inmate Name Witnessing Officer

I state that I have received all of the above inventoried personal items upon my release from the Douglas County Department of Corrections.

Date Inmate Name Witnessing Officer

Date Transferring Officer Transferring Agency

I am missing my purse wallet makeup bag book bag etc; etc;

For my Law Yer
I want 2 sue for Punitive Damages As well

Charges need to be reviewed where's the evidence

Control # (N.°de Control) 1400157

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM (Step One)
### (Formulario de Denincia del Interno [Primer Paso])

Inmate Name: Carmen Cocklin
(Nombre del Interno)

Data #: 1440836
(N.°de Intertificación)

Housing Unit: 12/E1
(Unidad de Alojamiento)

Date: 5/18/15 @ 12:45
(Fecha)

Date of Incident: 5/8/15
(Fecha del Indicente)

Type of Grievance: (Please check one box)
(Tipo de Denuncia [Marque una casilla])

[ ] Medical Medica)
[✓] Commissary/Account (Comisariato/Cuenta)
[ ] Officer/Staff Complaint (Queja del official/personal)
[ ] Kitchen/Food Service (Cocina/Servicio de comidas)
[✓] Other (Otro)

Summary of Grievance (Resumen de la Denuncia) I have been waiting on a pin # since 5/8/15 since I was put in lockdown the inmate who lied on me and staff believed her took my pin and my T shirts socks etc. that I just finally received and I still haven't received a pin # therefore I cannot contact my attorney.

Carmen Cocklin
Inmate's Signature (Firma del interno)

Witnessing Officer's Signature (Firma del official que sirve de testigo

Decision of Case Management (Decision de la Direccion de Causas):

Signed (Firmado)

Date (Fecha)

Inmate's Signature (Firma del interno)

Date Rec'd (Fecha registrada)

Witnessing Officer's Signature (Firma del oficial que sirve de testigo)

Distribution: White Copy: Case Management Canary Copy: Inmate File/Records Pink Copy: Inmate Copy

Rev. 7/2010

DCC 192

Anu Wall's

DCS

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM
## FORMULARIO De SOLICITUD PARA RECLUSOS

**To/Para:** Accounting **Date/Fecha:** 5/13/15
(Print Name or Department/Escribir nombre o departamento con letra de imprenta)

**From/De:** Carmen Pecker **Data/Datos:** 1080296 **H/U:** 12/21
(Print Name/Escribir nombre con letra de imprenta)

**BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES**
(Deben Entregarse Ambas Copias Para Obtener Respuestas)

**Request/Solicitud:**

I was wondering about my pin # and account balance? And can you give me the pin # and a printout of my account? Thanks

Carmen [signature] 5-13-15
(Inmate Signature/Firma del recluso) (Date/Fecha)

**Reply/Respuesta:**

According to call records, you are now able to make complete phone calls. Thank you. GTL

6-1-15

5-?

Save this too!

(Date/Fecha) (Employee Printed Name/Nombre impreso del Empleado)(Employee Signature/Firma del empleado/Chit #/Recibo nro)

WHITE COPY: Inmate File (Revised 7-2013) DCC 7
YELLOW COPY: Inmate

Why it take so long for a response when I originally asked 5-8-15

Now call Rettis Law Office (402) 397 7117 Tomorrow 5/28

Tonight research more Lawyers! Grab Kites

2015 JUN 03 22:11

**DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS**
**INMATE REQUEST FORM**
**FORMULARIO De SOLICITUD PARA RECLUSOS**

**To/Para:** Medical **Date/Fecha:** 6/3/15
(Print Name or Department/Escribir nombre o departamiento con letra de imprenta)

**From/De:** Carmen Cocklin **Data/Datos:** 1108036 **H/U:** 12/24
(Print Name/Escribir nombre con letra de imprenta)

**BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES**
**(Deben Entregarse Ambas Copias Para Obtener Respuestas)**

**Request/Solicitud:**

I really need to be put Back on Some tylenol or something As soon as possible. My head still hurts, my tooth still aches and my stomach still hurts. I still have not been seen for these complaints. I was told I would have a doctors appointment last week but I did not. Please respond to this matter as soon as possible.

Thanks! Can you please see if I can get a rescue inhaler

[signature] (Inmate Signature/Firma del recluso) 6/3/2015 (Date/Fecha)

**Reply/Respuesta:**

You were seen today by the nurse practitioner for these problems.

* No changes except Tylenol again and I still dont have a rescue inhaler!

(Date/Fecha) (Employee Printed Name/Nombre impreso del Empleado)(Employee Signature/Firma del empleado/Chit #/Recibo nro) 6/4

Donna Frickle

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM
## FORMULARIO De SOLICITUD PARA RECLUSOS

To/Para: ~~Case management~~ Date/Fecha: 5/26/15

(Print Name or Department/Escribir nombre o departamento con letra de imprenta)

From/De: Carmen Cocklin Data/Datos: 1108036 H/U: 12/21

(Print Name/Escribir nombre con letra de imprenta)

**BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES**

(Deben Entregarse Ambas Copias Para Obtener Respuestas)

**Request/Solicitud:** As of today I have not heard anything in regards to my grievances. I do understand the process could be lengthy. Anyways ~~I would like to be updated on the status on that.~~ Anyways I have other issues in other areas as well. I'd [illegible] that if a crime had been committed it is the obligation and duty of the officials w/in this institution to help me file a report, for I have been unsuccessful in making contact w/ my public defender and time is only winding down. I do not have my wallet, identification, book bag, makeup bag etc. on my property list. So therefore since I cannot remember the events of 5/5/15 that led to my incarceration I am assuming I was possibly robbed and hit over the head then framed for false imprisonment, so while my nonchalant ass is being hauled off to jail, they or whoever still keep my personal property. I need to file a report for my stolen property. Please & thanks

Carmen Cocklin 5/26/15

(Inmate Signature/Firma del recluso) (Date/Fecha)

**Reply/Respuesta:** What grievance number are you referring to Carmen

Thank you

6/2/15 D Fricke

(Date/Fecha) (Employee Printed Name/Nombre impreso del Empleado)(Employee Signature/Firma del empleado/Chit #/Recibo nro)

WHITE COPY: Inmate File (Revised 7-2013) DCC 7

YELLOW COPY: Inmate

G. If your answer to F is yes,

A. What steps did you take and what was the result? I ask several times about the chain of command however, as usual I was ignored, so it left me no other choice but to write several people, places, and organizations including the ACLU. At this moment I am waiting on responses.

IV. Jurisdiction

A. Is this complaint brought for a violation of your federal constitutional rights by a person employed by the state, county, or municipal government or acting with such government officials? Yes ✓ No ___

If "yes," please state the agency the official(s) is/are employed by or why you believe the defendant(s) was/were acting in conjunction with government officials: The Agency would be Department of Douglas County Corrections. Numerous entities of this facility, contributed to violating my federal constitutional rights. This Defendant is acting in conjunction w/ the government for it is a State institution.

B. Is this complaint brought for a violation of state or local law? Yes ✓ No ___

If so, please specify (without alleging any supporting facts) the state law(s) you believe was/were violated The right to make a phone call upon admission, also to check accurate inventory of personal property and also the right to not enter or sign a law abiding contract or sanctions of such if a person is mentality incapacitated.

Is/are the defendant(s) residents of the same state as you? Yes ✓ No ___

If not, specify what state ______________________



ACLU
AMERICAN CIVIL LIBERTIES UNION of NEBRASKA

AMERICAN CIVIL LIBERTIES UNION of NEBRASKA

941 O ST. #706
LINCOLN, NE 68508
T/ 402.476.8091
F/ 402.476.8135

OMAHA
T/ 402.933.3635

LEGAL HELP LINE
1.855.557.ACLU (2258)

www.aclunebraska.org

Carmen Cocklin # 1108036

Douglas County Department of Corrections

710 South 17th Street

Omaha, NE 68102

June 9, 2015

Dear Ms. Cocklin:

This is in response to your request for ACLU help.

We are not in a position to help you legally. Federal law says you must complete the grievance process before filing a lawsuit. Our hands are tied because we cannot take any action before you have completed the process.

If you have a specific issue you need resolved, we would encourage you to contact the Nebraska Ombudsman's Office at PO Box 94712 Lincoln, NE 68509. This office investigates complaints about county jails and state prisons. They may be able to resolve your problem for you.

We wish you the best of luck.

Sincerely,

Lee Ford

Lee Ford

Law Clerk

ACLU Nebraska

This address is not listed anywhere around here that I see.

V. Statement of Claim:

(State here as briefly as possible the **FACTS** of your case. You must state exactly what each defendant personally did, or failed to do, that resulted in harm to you, and describe the harm. Include the names of other persons involved (for example, other inmates), dates, and places of all events. If you allege related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet, if necessary. Unrelated claims should be raised in a separate civil action. Do not give legal arguments or cite cases or statutes except in Part B below.

A. Douglas: Department of Douglas County Corrections entitie w/n which are The Medical Department, Records, Case Management, Staff, Sargeants and all of the above, which include numerous entities of this facility and personnel violated my Constitutional Rights. My right to make a phone call upon admission was violated. The right for me to check my personal property was violated. I only received (1) property sheet on 5/5/15. I did not receive another until 5/27/15. My right to not enter or sign a law abiding contract and/or sanction of a person as myself @ that time who was mentally incapacitated was violated. My right to appropriate

Medical Attention was violated.
My right to contact My attorney was violated until I received a pin.
My right to contact Some In Case of a Emergency was violated if I felt sexually violated or felt like I was in a bad position. I could not even call ICE if I want to. To know a person is not mentally ~~incapa~~ coherent upon entry. DOES NOT GIVE ANYONE THE RIGHT TO VIOLATE THEIR CONSTITUTIONAL. My right to a rules and regulation book was violated. I still don't have one.
* Please see Attached

Also, the right to know appropriate people, places and government official addresses and such postings are in violation and unjust. Addresses like ACLU, Ombudsmans office and etc; should be provided upon entry. In Case of Emergencies. There also should be phone books that are current and not missing pages available as well.

5·17·15 (1)

To Whom It May Concern:

My name is Carmen C. Cocklin. My inmate # is 1108036. Currently, I am incarcerated here @ Douglas County Corrections, located @ 710 S. 17th St. Omaha 68102. I arrived here 5·5·15 @ ≈ 8:30pm, according to my booking sheet. I finally received that booking sheet, when I was finally booked 5·12·15 and/or it could have been 5·13·15. I do not remember the specific date because I did not write it down anywhere. Please excuse my memory. I do not have any recollections of anything that took place after ≈ 5:30 pm 5·5·15. All I remember is seating on the steps of the apartment complex, in between Blondo & Maple, off of 83rd Street. I want to say those Apartments are called the Florentine Apartments. I was there with my big sister, she went inside her friends apartment and I came & sat outside the apartment and ate the rest of my dinner, Popeye's Chicken & Biscuits. From there I do not know anything else. All I know is I am now in jail. I came in with a slight concussion, a sprang wrist, and my tail bone was very sore possibly sprang as well. My vision has been very blurry and I have been experiencing excruciating headaches. The reason I am writing you is because I would like your assistance. For starters I have had some form of Dementia or some would say early Alheizmer's Disease. Anyways I have been documenting everything that has happened beginning 5·7·15. By writing I have been working on my sore/sprang wrist, however I do feel I have alot of work ahead of me. Now 5·5·15 and 5·6·15, I do not remember, only slight recollections, here and there, like going from one police car 2 another. Then if I'm not mistaken, upon my arrival here @ DCC, I was stripped butt naked and placed in the "H" mode, which is the infirmatory. It was 2 big

(2)

**DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS**
**INMATE REQUEST FORM**
**FORMULARIO De SOLICITUD PARA RECLUSOS**

**To/Para:** ______________________ **Date/Fecha:** ______________
(Print Name or Department/Escribir nombre o departamento con letra de imprenta)

**From/De:** ______________________ **Data/Datos:** ____________ **H/U:** ________
(Print Name/Escribir nombre con letra de imprenta)

**BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES**
(Deben Entregarse Ambas Copias Para Obtener Respuestas)

**Request/Solicitud:** White Caucasian males who put me there. I don't know much, but I do know when I am being treated unfair, and when my personal rights are being violated. The only reason I remember slightly when I was booked is because it was only minutes before my attorney finally showed up. According to a lady, my attorney was supposed to come 5-11-15, I remember, however, she didn't show up until shortly after on another day. Anyways I have experienced a lot of trauma throughout my lifetime. For starters I have been diagnosed with several mental illnesses, however, my PTSD has played the most significant part in my life. I have been shot, stabbed, raped, physically abused, mentally abused and etc. I've witnessed a lot of hardship also personally experiencing it as well. Thanks to my creator "God" "In God I Trust" my helplessness/hopelessness stage and state of living is over with. That past is behind me and my future is looking brighter every second. I feel brighter

(Inmate Signature/Firma del recluso) (Date/Fecha)

**Reply/Respuesta:** within my mind, my heart and my spirit. With that all said I have ran into a few snags while here @ DCC. I feel there is alot of things terribly wrong and unjust with this department, like I previously stated, I have been keeping detailed notes of my personal stay, beginning 5-7-15. At the end of the day, I am a human being with a voice, just like everyone else! I feel that in order to receive the full truth and accountability of any institution and how it is ran, you should want both: or shall we say all point of views of the system in its entirety. While I am here @ DCC as a inmate, which I'm hoping not for too much longer, please feel free to have all my personal documentations. You may want to use my last personal stay here as a case study for improving your system! This is free voluntary information. However, I may or may not

(Date/Fecha) (Employee Printed Name/Nombre impreso del Empleado)(Employee Signature/Firma del empleado/Chit #/Recibo nro)

WHITE COPY: Inmate File (Revised 7-2013) DCC 7
YELLOW COPY: Inmate

want to possibly seek relief in other avenues depending upon my consultations. If I was out this would all be neat and typed up for you, however, I am not. If you have any questions

(3)

or you would like me to elaborate further, feel free to contact me right here @ my current address of DCC; 710 S. 17th St Omaha 68102. However, my personal/physical mailing address is my mothers address which is 2717 Camden Ave Omaha 68111. With that all said, I expect a full investigation of this institution and/or facility. It maybe time to demote. I have witnessed some people work here over 15(+) years, who are still around. My first encounter here I was 18 years old. I am now 33 years old, but where is the improvement? One suggestion and tip I would like to extend, that way I stick to my own personal motto, "Always help give ways of suggestions of positive change." And one suggestion of mine to you would be a seminar bi annually, every other month, or however long it takes for male and female guards with low self esteem. It would or may help if they were more secure in themselves as individuals, than they wouldn't feel the need to mistreat individuals as if they weren't human. Because lets not forget, "Innocent until proven guilty." And I still have trouble remembering the events that took place 5.5.2015. I may need to be hypnotized. Either way it goes it has to be very traumatic, I know my body and how it shuts down. My only worry is still trying to figure out how I got stripped butt naked by 2 men thrown into "H" mod. Whatever the excuse, I pray that it is upstanding. Thanks for being listed, because they sure do not voluntarily offer this information. Sincerely, Carmen C. Coleman P.S. ⇨

(4)

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM
## FORMULARIO De SOLICITUD PARA RECLUSOS

**To/Para:** ______ **Date/Fecha:** ______

(Print Name or Department/Escribir nombre o departamento con letra de imprenta)

**From/De:** ______ **Data/Datos:** ______ **H/U:** ______

(Print Name/Escribir nombre con letra de imprenta)

**BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES**

(Deben Entregarse Ambas Copias Para Obtener Respuestas)

**Request/Solicitud:** I plan to send this same document to Omaha World Herald, Ernie Chambers, Pete Ricketts and whoever else would like a copy. I refuse to keep being a victim, year after year. Damage done. Enough is enough. You can also receive several documents I mailed to my public defender @ Douglas County Public Defender, 405 Civic Center; Omaha, Nebraska 68183. Also I have sent other information to Terence Salerno law office; 1005 Maple St; Omaha 68124. I am waiting on their response to see if they take my case. ~~[illegible]~~

* This msg is for Terrence Salerno Law Office

please go over this document and tell me

(Inmate Signature/Firma del recluso) what you (Date/Fecha) think, does it

**Reply/Respuesta:** make more sense. I know I wrote you earlier in the week and due to the pressure on my brain I may have written everything ~~[illegible]~~ false and unclear.

Please write me come see me

or let me know something one

way or the other I prefer to have someone

behind me who is experienced w/ this

stuff. Please and thanks again,

[signature]

(Date/Fecha) (Employee Printed Name/Nombre impreso del Empleado)(Employee Signature/Firma del empleado/Chit #/Recibo nro)

WHITE COPY: Inmate File (Revised 7-2013) DCC 7

YELLOW COPY: Inmate

P.S. If you agree with me and wish to proceed further, I would like to know if you think it's a good idea to contact a few government departments for further internal investigation?

# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM
## FORMULARIO De SOLICITUD PARA RECLUSOS

**To/Para:** Terrence Salerno LAW **Date/Fecha:** 5/18/15
(Print Name or Department/Escribir nombre o departamento con letra de imprenta)

**From/De:** Carmen Cochin **Data/Datos:** 1108036 **H/U:** 12/21
(Print Name/Escribir nombre con letra de imprenta)

**BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES**
**(Deben Entregarse Ambas Copias Para Obtener Respuestas)**

**Request/Solicitud:** (DCC)
What did they do to me exactly? well broke all my constitutional Rights just about. For starters I wasn't allowed to make any phone calls. (2) I have been placed in lockdown since my arrival w/o a fair hearing. (3) Than I was told if I take my hair down or cut it I would be allowed out of lock down.

(Inmate Signature/Firma del recluso) (Date/Fecha)

**Reply/Respuesta:** (4) Up until 5-15-15 I have really been neglected the opportunity to shower and clean my living environment. (5) There is mold in my living unit. (6) I have constantly been seeking relief and help with issues I am having and I remain @ square one.

(Date/Fecha) (Employee Printed Name/Nombre impreso del Empleado)(Employee Signature/Firma del empleado/Chit #/Recibo nro)

WHITE COPY: Inmate File (Revised 7-2013) DCC 7
YELLOW COPY: Inmate

(7) As of today I still have not received a pin # to be able to contact my attorney.

Next Kite

# What Did OPD DO TO ME?

## A Little About Me.

My name is Carmen C. Cocklin. I am 33 years old. No one person fully knows me and every hardship I had to bare alone w/ Christ to depend on solely. However, there are literally almost 1 million lives if not more that may share a personal story with me, who I may have come in physical contact with. I have experienced a lot of trauma throughout my life time. I have Bipolar (Manic), PTSD, ADHD, HIGH ANXIETY AND PANIC ATTACKS. I HAVE BEEN SEXUALLY ASSAULTED, RAPED, STABBED, SHOT, Physically Abused, Robbed, Mentally Abused, Tortured, Traded, Held Captive and Poisoned. At this point in my life, those are things of my past! I have been through a lot, I have seen alot, not to mention I am an extremely dark complected big beautiful black woman. I am who I am no one else can be me and no one else should want to be me. Thanks to God my Father and my Savior Jesus Christ, and the Living Holy Spirit, I still have a beautiful heart. I cannot stop laughing and loving. The helpless/hopeless state of mind frame is over. The past is dead, behind me. My future is looking brighter every second. To play on my mental capacity would be a complete form of disrespect & @ this point considering how far I've come mentally & physically & spiritually, just b/c I choose to stand up for myself finally, does not mean I am a violent person. I still remain humble, however @ times I may tease my spouse. "Just ask him he'll tell you I'm a Royal Bitch." (Carmen)

B. State briefly your legal theory or cite appropriate authority: My legal theory would be, I have the right to make one phone call upon admission; I have the right to receive appropriate medical treatment not just attention in a timely Fashion; I have the right to clean blankets, clothing, pillows, all your personal essentials upon admission; I have the right to be dressed or undressed if need be by only female staff; I have the right to ask questions; I have the right to file grievances in a timely fashion.

VI. Relief

A. Do you request money damages? Yes ✓ No ___

If so,

1. Did you lose any money from this incident? Yes ✓ No ___ If so, how much? Uncertain, until my release from this institution.

2. Did you receive a physical injury? Yes ✓ No ___
* will have a complete examine upon my release from this institution.

3. What other harm did you experience from this incident? I was almost electric cute by another inmate. I wrote a 2 page letter to the case manger with a Bile about the incident, she never responded or returned the letter; This incident has sent my PTSD in complete shock and I have extreme nerve damage, as well as damage to my hair, not to mention my hearing has been impaired. As of today 6.17.15 I still havent received appropriate Medical

4. State the amount of damages claimed $1,000,000.00 one million dollars.

B. Do you request a jury trial? Yes ___ No ✓

C. State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the State of Nebraska to fully investigate my claim. Give me proof of what was found and allow a rebuttal to its findings. If the defendant has counter arguments against me, request proof through the form of video or audio footage. This is a secure facility, surely there are cameras everywhere. Please ask the appropriate questions like Why was nothing done? Why did staff respond so wreckless? Why isnt there more adequate policies and procedures for all types of situations? And who gives the call or protocol for handling the temporary mentally incapacitated? Questions and more questions. Lie Dector tests if need be. And I will submit to many lie detectors and/or polygraphs as well. As a former Ward of the State of Nebraska, the State has failed me time and time again, do something this time for me. Fight for me. Please!

VII. Request for Appointment of Counsel

A. Do you want an attorney to represent you in presenting your claim to the court? Yes ✓ No ___

B. Did someone help you in preparing this complaint? Yes ___ No ✓ If so, state the person's name (optional)

C. Have you made any efforts to contact a private lawyer to determine if he or she would represent you in this action? Yes ✓ No ___

If so, state the name(s) and address(es) of each lawyer contacted Terence J. Salerno, terry@tsalerno-law.com, 10051 Maple St, Omaha NE 68134, 402-502-9002, Fax 402-991-0037, www.tsalerno-law.com

If not, state your reasons * See attached!

(Note: This court has no funds with which to pay an attorney for handling this type of case. Because of this, appointments are made only in cases where an attorney is greatly needed and the attorney is willing to take the case without expecting to receive any fee.)

**I declare under penalty of perjury that the forgoing is true and correct.**

Signed this 1st day of June, 2015.

[signature]

(Signature(s) of Plaintiff(s))

 10051 Maple Street • Omaha, Nebraska 68134 • 402.502.9002 • Fax 402.991.0037
www.tsalerno-law.com

Terrence J. Salerno
terry@tsalerno-law.com
Licensed in Nebraska and Iowa

Danny C. Leavitt
danny@tsalerno-law.com
Licensed in Nebraska and Utah

May 21, 2015

Carman Cocklin
Dept. of Corrections
710 South 17th Street
Omaha NE 68102

RE: Letter dated 05-14-2015

Dear Ms. Cocklin:

I am unable to be of any assistance to you in this matter but I would encourage you to contact another attorney as soon as possible if it is your intent to move forward. There are statutes of limitations, which apply to all types of cases. The documents you sent to this office are enclosed.

I wish you the very best.

Very truly yours,

TERRENCE J. SALERNO

TJS/tal



10051 Maple Street • Omaha, Nebraska 68134 • 402.502.9002 • Fax 402.991.0037
www.tsalerno-law.com

Terrence J. Salerno
terry@tsalerno-law.com
Licensed in Nebraska and Iowa

Danny C. Leavitt
danny@tsalerno-law.com
Licensed in Nebraska and Utah

May 27, 2015

Carman Cocklin
Dept. of Corrections
710 South 17th Street
Omaha NE 68102

RE:   Letter dated 05-22-2015

Dear Ms. Cocklin:

I am unable to be of any assistance to you in this matter but I would encourage you to contact another attorney as soon as possible if it is your intent to move forward. There are statutes of limitations, which apply to all types of cases. The documents you sent to this office are enclosed.

I wish you the very best.

Very truly yours,

TERRENCE J. SALERNO

TJS/tal

Carmen Cocklin
1108036 12/16 DCC
710 S. 17th St
Omaha NE 68102

Hasler
06/18/2015
US POSTAGE
FIRST-CLASS MAIL
$02.52
ZIP 68183
011D12602333

Clerk of the United States District Court
111 South 18th Plz, Suite 1152
Omaha, NE 68102-1322

RECEIVED
JUN 22 2015
CLERK
U.S. DISTRICT COURT
OMAHA